IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATALIE COKER and JOSEPH D. HAYMOND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:03-0095 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Thomas A. Wiseman, Jr. |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court are the two motions: (1) Defendant's Motion to Dismiss the one remaining claim in this case, Plaintiffs' negligence claim, for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Doc. No. 27); and (2) Plaintiffs' Motion for Summary Judgment (Doc. No. 30).

For the reasons set forth in the Memorandum Opinion accompanying this Order, the Court hereby **GRANTS** the Defendant's Motion to Dismiss for lack of subject-matter jurisdiction and **DISMISSES** the case without reaching the merits of Plaintiffs' Motion for Summary Judgment.

It is so **ORDERED**.

This is a final judgment pursuant to Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge